# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| YVONNE TAYLOR, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | Civil Action No. 09-377 |
| ) | |
| v. ) | Magistrate Judge Bissoon |
| ) | |
| PITTSBURGH MERCY HEALTH ) | |
| SYSTEM, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **ORDER**

Having considered the parties' submissions, the Court ORDERS as follows regarding the Rule 30(b)(6) deposition(s) of Defendants:

1. Topics. The scope of the deposition(s) is limited to topics 3, 4, 5, 6, 7, 9 and 10 in Plaintiffs' March 24, 2011 amended notice, and further limited to computerized automatic meal deductions (the claim at issue), Mercy Hospital (the location at issue), and practices or policies from April 1, 2006 through March 2008 (the time period at issue).

2. Designees. Defendants shall make available for deposition as many designees as are necessary to fulfill their obligations under Rule 30(b)(6) regarding the topics enumerated above.

3. Duration. To the extent that any of Defendants' designees are offered to testify regarding a single department or unit, the depositions of those designees shall be limited to two hours.

4. Extension of Deadline. The deadline for completing the Rule 30(b)(6) deposition(s) of Defendants is extended until **April 22, 2011**. No further extensions will be granted, and the parties shall work together reasonably and in good faith to ensure that the depositions are completed within this time frame. Among other things, Defendants shall, as soon as is practicable, notify Plaintiffs of the identities of all designees, and Plaintiffs shall narrowly tailor their deposition inquiries to the topics identified above, and, more generally, Plaintiffs must focus on matters relevant to the claims conditionally certified (*i.e.*, meal break deductions).

Plaintiffs' failure to adhere to the clear parameters of discovery set by the Court may result in sanctions.

IT IS SO ORDERED.


April 11, 2011                                    s\Cathy Bissoon
                                                  Cathy Bissoon
                                                  United States Magistrate Judge

cc (via ECF email notification):

All Counsel of Record